AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

ALLAN G. EDWARDS, JR.,

      Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00623-LRH-VPC**

JAMES M. COPENHAVER,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Copenhaver's Motion to Dismiss (#5) is GRANTED.
    IT IS FURTHER ORDERED that Edwards' Motion to File Response to Defendant Reply and Opposition (#9) is DENIED as moot.
    IT IS FURTHER ORDERED that Edwards' Motion to File Out of Time His Reply to Just-Received Defendant "Opposition and Request" (#11) is DENIED as moot.
    IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

  August 25, 2009                                    **LANCE S. WILSON**
                                                                               Clerk

                                                                                D. R. Morgan
                                                                                Deputy Clerk